UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MITCHELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 20-04294 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On June 29, 2020, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court. Dkt. No. 1. On the same day, the Clerk sent a notice to Petitioner informing him that he needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 2. The deadline has passed, and Petitioner has failed to respond. Furthermore, there has been no other communication from Petitioner. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: __August 17, 2020__　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
G:\BLFALL\_ECFReady\04294.Mitchell_dism-ifp.docx