UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MITCHELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 20-04294 BLF (PR)<br><br>**JUDGMENT** |

　　　　For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

　　　　**IT IS SO ORDERED.**

Dated:  __**August 17, 2020**___

　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
G:\BLFALL\_ECFReady\04294.Mitchell_judg.docx