UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MITCHELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. 20-04294 BLF (PR)<br><br>**ORDER VACATING JUDGMENT AND REOPENING ACTION** |

On June 29, 2020, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court. Dkt. No. 1. On August 17, 2020, the Court dismissed this case for Petitioner's failure to file a complete *in forma pauperis* application or pay the $5.00 filing fee in the time provided. Dkt. Nos. 3, 4. The following day, August 18, 2020, Petitioner filed a receipt for $5.00, showing payment of the filing fee. Dkt. No. 5. Then on September 9, 2020, Petitioner filed an amended petition. Dkt. No. 6. In the interest of justice, the Court will construe these filings as a request for reconsideration of the dismissal and reopen this action. The judgment entered on August 17, 2020, is hereby VACATED. Dkt. No. 4. The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated: _September 22, 2020_　　　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Reopening Action
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\04294.Mitchell_reopen.docx