IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN MITCHELL,**<br><br>Petitioner,<br><br>v.<br><br>**RAYBON JOHNSON, Warden,**<br><br>Respondent. | Case No. 20-cv-04294-BLF<br><br>**ORDER** |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **October 4, 2021**, in which to file with the Court and serve on petitioner a motion to dismiss or an answer to the amended petition for writ of habeas corpus. If petitioner wishes to respond, he shall file with the Court and serve on respondent a traverse within **30 days** of his receipt of an answer, or an opposition within **28 days** of his receipt of a motion to dismiss.  Respondent shall file with the Court on serve on petitioner a reply within **14 days** of his receipt of any opposition to a motion to dismiss.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
The Honorable Beth Labson Freeman
United States District Judge