UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUBEN MITCHELL,
        Petitioner,
   v.

MICHAEL MARTEL, Warden,
        Respondent.

Case No. 20-04294 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED**.

Dated: _____July 11, 2022_____

BETH LABSON FREEMAN
United States District Judge

Case No. 20-04294 BLF (PR)
JUDGMENT